416

No. 39456.—Protests 288884–G, etc., of John Wanamaker et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) atomizers and droppers used chiefly in the household were held dutiable at 40 percent under paragraph 339 as claimed.

No. 39457.—Protests 288555–G, etc., of Lazarus & Rosenfeld (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, boudoir sets, and boxes chiefly used in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 27, 1938

No. 39458.—Protest 843148–G of Crosse & Blackwell, Inc. (New York).

Opinion by CLINE, J. It appeared that the merchandise consists of kippered herrings in tins embossed with the words "Packed in England." The tins were wrapped in cellophane paper containing additional labels. It was held that the tins were the immediate containers of the merchandise and that they were legally marked. *Camp* v. *United States* (24 C. C. P. A. 142, T. D. 48623). On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained.

No. 39459.—Protest 882089–G of Atlantic & Pacific Packing Co., Inc. (New York).

Opinion by CLINE, J. The merchandise was shipped from London and it appeared that it is of South African origin. The crayfish tails in question were packed in boxes marked with the word "Capetown." Before release from customs custody the boxes were required to be marked "Union of South Africa." On the authority of Abstracts 36751 and 36804 it was held that Capetown does not indicate the country of origin of the crayfish tails and the protest was overruled. *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412) cited.

No. 39460.—Protest 904144–G of M. Hatae (San Francisco).

Opinion by CLINE, J. The appraiser reported that the immediate containers were marked in large letters with the words "Los Angeles, California" and that they were also marked on the bottom of the packages in small letters "Packed in Japan." On the record presented the protest was overruled. *Camp* v. *United States* (24 C. C. P. A. 142, T. D. 48623) cited.